■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MICHAEL WILLIAM BRADY, Appellant.— Motion by respondent to dismiss appeal from an order denying, without a hearing, appellant's *coram nobis* application, and appeal from subsequent order made upon reargument, denied, with leave to renew on the argument of the appeals. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD CAMPBELL, Appellant.— Motion by appellant for assignment of counsel and for other relief, denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Therefore, appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST CUNNINGHAM, Appellant.— Renewed motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Joseph E. Fox, Jr., Esquire, 357 Larkfield Road, East Northport, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GERMAN, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Motion by appellant for an enlargement of time to perfect appeal granted; time enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JANOSKO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion or decision, if any, of the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esquire, 100 Centre Street, New York, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFONSO PALMA, Appellant.— Motion by appellant to withdraw appeal, granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN TAYLOR, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel, denied on the ground that the notice of appeal was not timely served. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.